**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION-RIVERSIDE**

| | |
|---|---|
| ILONA MILLER, an individual,<br><br>  Plaintiff,<br>vs.<br><br>NATIONSTAR MORTGAGE LLC; NBS DEFAULT SERVICES LLC; THE BANK OF NEW YORK MELLON, f/k/a THE BANK OF NEW YORK AS SUCCESSOR TO JPMORGAN CHASE BANK, as trustee to BSALTA 2005-09; COUNTRYWIDE HOME LOANS, INC.; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 5:17-cv-02433-JGB-SP<br><br>[Removal from Riverside Superior Court, Case No.: PSC 1705988]<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>[*FRCP* Rule 41(a)(1)(A)(ii)]<br><br>Action Removed: January 6, 2018 |

## ORDER

Pursuant to the stipulation of Plaintiff Ilona Miller and Defendants, Nationstar Mortgage LLC; NBS Default Services LLC; The Bank of New York Mellon as Trustee for Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2005-9

---

(erroneously sued as "The Bank Of New York Mellon, f/k/a The Bank Of New York As Successor To JPMorgan Chase Bank, as Trustee to BSALTA 2005-09"); Countrywide Home Loans, Inc., (collectively, the "Parties"), the Court hereby orders the above-captioned matter dismissed in its entirety without prejudice, each of the Parties to bear its own costs and attorneys' fees. :

**IT IS SO ORDERED.**

DATED: April 6, 2018

By: _____
HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE